IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 22-cv-0202-MEH

**JAX FELDMANN, an individual,**

    Plaintiff;

v.

**THE CITY AND COUNTY OF DENVER, a Colorado home-rule municipality;
OFFICER DIEGO ARCHULETA, in his individual capacity;
OFFICER FERNANDO BENAVIDES, in his individual capacity;
OFFICER JOSEPH HECKENCAMP, in his individual capacity;
OFFICER CHRIS VALDERRAMA, in his individual capacity;
SERGEANT TIM HYATT; in his individual capacity;
OFFICER KYLE MCNABB; in his individual capacity;
OFFICER DEREK STREETER, in his individual capacity;
OFFICER TYLER CARROLL, in his individual capacity;
OFFICER CHRIS PARTON, in his individual capacity;
OFFICER COREY HAGAN, in his individual capacity;
OFFICER WEDNESDAY AVEDISIAN, in her individual capacity; and
SERGEANT MIKE O'NEILL, in his individual capacity**

---

### NOTICE OF RELATED CASES PURSUANT TO D.C.COLO.LCivR 3.2

---

    COMES NOW Plaintiff, Jax Feldmann, by and through his counsel of record, and respectfully submits the following Notice of Related Cases, and states as follows:

1. In accordance with D.C.COLO.LCivR 3.2, a party to a case shall file a notice identifying all cases pending in this or any other federal, state, or foreign jurisdiction that are related to the case.

2. Related cases are cases that have common facts and claims and have at least one party in common or are filed collectively as a group by the same attorney or law firm.

3. On notice of a related case, the judicial officer with the lowest numbered case shall confer with every other judicial officer to whom a related case is assigned to discuss whether the

related cases should be submitted for special assignment or reassignment under D.C.COLO.LCivR 40.1(a) or transfer under D.C.COLO.LCivR 40.1(d)(4)(B).

4. The related cases are as follows:

    a. *Black Lives Matter 5280, et al. v. City and County of Denver, et al.* (1:20-cv-01878-MEH) (a.k.a. *Epps et al v. City and County of Denver et al.*)

    b. *Nicolas Orlin & Shawn Murphy v. City and County of Denver, et al.* (1:22-cv-00242-STV)

    c. *Rebecca Agwu et al. v. City and County of Denver, et al.* (1:21-cv-2478-RBJ)

    d. *Alexandra Barbour et al v. City and County of Denver et al.* (1:21-cv-2477-DDD-KLM)

5. The current action is related to the above-mentioned cases because they arise from the same transaction or occurrence and therefore share common facts, common parties, and common claims, including commonalities in the use of force and other tactics alleged to be used and the injuries sustained by the Plaintiffs. In addition, the cases all concern the violation of the Plaintiffs' constitutional rights by police officers' unjustified attacks and related municipal liability, which caused both physical and emotional injuries.

Dated this 12th day of April 2022.

                                              Respectfully submitted,
                                              BAUMGARTNER LAW, L.L.C.

                                              *s/ Birk Baumgartner*
                                              S. Birk Baumgartner, #47829
                                              Adam R. Yoast, #55715
                                              300 E. Hampden Ave., Ste. 401
                                              Englewood, CO 80113
                                              Phone: (720) 626-9418
                                              Fax: (720) 634-1018
                                              Birk@BaumgartnerLaw.com
                                              Adam@BaumgartnerLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2022, a true and correct copy of the foregoing was served on the following via email:

Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Edmund M. Kennedy, Esq.
Alexandria L. Bell, Esq.
Hall & Evans, L.L.C.
*Attorneys for Defendants*

                                                *s/ S. Birk Baumgartner*
                                                S. Birk Baumgartner